

# United States District Court
## Eastern District of California

| | |
|---|---|
| J.M., an individual | Case Number: 2:22-cv-00672-KJM-JDP |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Choice Hotels International, Inc., et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sara M. Turner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Choice Hotels International, Inc.

On _____04/28/2006_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Alabama_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____05/16/2022_____     Signature of Applicant: /s/ Sara M. Turner

**Pro Hac Vice Attorney**

Applicant's Name: Sara M. Turner

Law Firm Name: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

Address: 420 20th Street North, Suite 1400

City: Birmingham    State: AL    Zip: 35203

Phone Number w/Area Code: (205) 250-8316

City and State of Residence: Homewood, Alabama

Primary E-mail Address: smturner@bakerdonelson.com

Secondary E-mail Address: lchilders@bakerdonelson.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kai Peters

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 275 Battery Street, Suite 2000

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 986-5900    Bar # SBN: 198516

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 17, 2022

CHIEF UNITED STATES DISTRICT JUDGE

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____ Sara Marie Turner _____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____ April 28, 2006 _____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____ May 5, 2022 _____ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama

# Administrative Portal

## Alabama Online Services

# Payment Confirmation Number: 83400874

## Payment Date: 04/26/2022

| Item Description | Unit Price | Quantity | Total |
|---|---|---|---|
| Certificates of Good Standing | $15.00 | 1 | $15.00 |
| **Total Fee Through Alabama.gov** | | | **$16.50** |

## Additional Payment Details

| | |
|---|---|
| Payee Name | SUSAN MCALLISTER |
| Payment Type | CREDIT_CARD |
| Card Type | VISA - CREDIT |
| CVV Verified | Yes |
| Zip Verified | Yes |
| Payment Token | 71eac57d-4d93-4887-8e97-f03e56e4e04c |

# Approval Status

## Approved

| | |
|---|---|
| **Date** | 05/02/2022 |

Revert Approval Status to Pending (transactionDetail_revertApprovalToPending.action?
id=OTlBZU9tYUh6L2pEaGRHSm5STytaenVuSHhhNHdRcm1MZS9CWWFBcTFmcDF3V3pNeXo0b1BBPT0=)

# Requestor's Information

## Requestor's Information

| | |
|---|---|
| Requestor's First Name | Lillie |
| Requestor's Middle Name | Marie |
| Requestor's Last Name | Childers |
| Requestor's Firm or Organization Name | Baker Donelson |
| Requestor's Phone | 2053280480 |
| Requestor's E-mail Address | lchilders@bakerdonelson.com |

# Certificates of Admission

## Certificates of Admission

| | |
|---|---|
| Firm Label | Baker Donelson |

# Certificates of Good Standing

## Certificates of Good Standing

| Attorney's Full Name | Attorney's Alias | Attorney's Firm or Organization Name | Attorney's Date of Admission to Alabama State Bar | Quantity of Certificates of Good Standing ($15.00/each) | Additional Comments |
|---|---|---|---|---|---|
| Sara Marie Turner | | Baker Donelson | 04/28/2006 | 1 | |

Firm Label                                        Baker Donelson

# Certificate Mailing Address and Signature

## Certificate Mailing Address

| | |
|---|---|
| Address Line 1 | 420 N 20th St |
| Address Line 2 | Ste 1400 |
| City | Birmingham |
| State | Alabama |
| Zip | 35203 |

## Electronic Signature

| | |
|---|---|
| Signature | Sara M. Turner |
| Date | 4/26/2022 |

# Confirmation Page

**Close (/ai-appengine-extensions/transactionDetail.action?
id=OTIBZU9tYUh6L2pEaGRHSm5STytaenVuSHhhNHdRcm1MZS9CWWFBcTFmcDF3V3pNeXo0b1BBPT0)**

For technical assistance please contact

✆ (Phone) : 1-866-353-3468

✉ (Email) : support@alabamainteractive.org (mailto:support@alabamainteractive.org?subject=AppEngine Extension
Question)

This online service is provided by Alabama Interactive, LLC, a third party, working under a contract awarded and
administered by Alabama's Department of Finance as authorized under contract number MA 999 17000000171. The online
price of items or services purchased through Alabama.gov, the state's official web portal, includes funds to develop,
maintain, enhance and expand offerings of the state's portal.