

# United States District Court
# Eastern District of California

| J.M. | Case Number: 2:22-cv-672 |

Plaintiff(s)

V.

Choice Hotels International, Inc. et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristina Aiad-Toss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: J.M.

On __11/08/2021__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Ohio__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/07/2022          Signature of Applicant: /s/ Kristina Aiad-Toss

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kristina Aiad-Toss |
| Law Firm Name: | Babin Law, LLC |
| Address: | 65 East Town Street |
| | Suite 1300 |
| City: | Columbus   State: Ohio   Zip: 43215 |
| Phone Number w/Area Code: | (614) 761-8800 |
| City and State of Residence: | Columbus, Ohio |
| Primary E-mail Address: | kristina.aiad-toss@babinlaws.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Amanda J.G. Walbrun |
| Law Firm Name: | Levin Simes Abrams LLP |
| Address: | 1700 Montgomery St. |
| | Suite 250 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 426-3000   Bar #: 209316 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 12, 2022

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Kristina Lynee Aiad-Toss**
Attorney Registration No. **101336**

was admitted to the practice of law in Ohio on November 8, 2021; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 4th day of May, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Shannon B. Scheid* (signature)

Shannon B. Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2022-05-04-1
Verify by email at GoodStandingRequests@sc.ohio.gov