1
2
3
4
5
6
7               **UNITED STATES DISTRICT COURT**

8           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   J.M., an individual                      **Case No. 2:22-CV-672-KJM-JDP**

11                                            **ORDER GRANTING STIPULATED**
                                             **REQUEST FOR AN EXTENSION**
12          Plaintiff,                        **OF TIME TO FILE PROTECTIVE**
                                             **ORDER**
13                v.
                                             Judge:      Hon. Kimberly Mueller
14   CHOICE HOTELS INTERNATIONAL,            Courtroom:  3
     INC.; and RED ROOF INNS, INC.,
15
            Defendants.
16

17

18          Based on the stipulation of the parties and good cause appearing, IT IS HEREBY

19   ORDERED, that the date by which the Parties must file a Protective Order is hereby extended to

20   November 2, 2022.

21   DATED:  November 2, 2022.

22

23                                    _____

24                                    CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28
                                              1