Rachel Abrams, Esq. (SBN 209316)
Brian J. Perkins, Esq. (SBN 315870)
Angela J. Nehmens, Esq. (SBN 309433)
LEVIN SIMES ABRAMS LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: rabrams@levinsimes.com
Email: bperkins@levinsimes.com
Email: anehmens@levinsimes.com

Steven C. Babin, Jr., Esq. (*Pro Hac Vice*)
steven.babin@babinlaws.com
Jennifer El-Kadi, Esq. (*Pro Hac Vice*)
jennifer.elkadi@babinlaws.com
Kristina Aiad-Toss, Esq. (*Pro Hac Vice*)
kristina.aiad-toss@babinlaws.com
BABIN LAW, LLC
65 E. State Street, Suite 1300
Columbus, Ohio 43215
Telephone: 614-761-8800

Attorneys for Plaintiff J.M.

Sara M. Turner (*Pro Hac Vice*)
BAKER DONELSON
420 20th Street North, Suite 1400
Birmingham, AL 35209
Telephone: +1.205.250.8316
Email: smturner@bakerdonelson.com

Kai Peters (SBN: 198516)
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Email: kpeters@grsm.com

Attorneys for Defendant
CHOICE HOTELS INTERNATIONAL,
INC.

Levin Simes Abrams, LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111

Stipulation and [Proposed] Order of Dismissal
with Prejudice
CASE NO. 2:22-CV-672-KJM-JDP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

J.M., an individual,

Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC.;
AND RED ROOF INNS, INC.

Defendants.

**Case No. 2:22-CV-672-KJM-JDP**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Judge:        Hon. Kimberly Mueller
Courtroom:  3

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO
CHOICE HOTELS INTERNATIONAL, INC.**

It is hereby noticed that Plaintiff, J.M., ("Plaintiff") voluntarily dismisses Defendant Choice Hotels International, Inc. ("Choice") from the above-captioned action pursuant to FRCP 41(a)(1) and (2).  No defendant has filed an answer or motion for summary judgment in this case.  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.  Only Choice is dismissed from this action and Plaintiff's claim against Red Roof Inn still survives this dismissal.

Respectfully submitted,

Dated: February 10, 2023

By:  /s/ Jennifer El-Kadi
        Jennifer El-Kadi (*Pro Hac Vice*)

Attorney for Plaintiff J.M.

## <u>SIGNATURE ATTESTATION</u>

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:   February 10, 2023

By:    */s/ Jennifer J. El-Kadi*
                Jennifer El-Kadi

Attorney for Plaintiff J.M.