UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., <br><br> Plaintiff, <br><br> v. <br><br> CHOICE HOTELS INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00672-KJM-JDP <br><br> ORDER DECLINING TO APPROVE THE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER <br><br> ECF No. 46 |

  The parties have filed a proposed stipulated protective order governing the use of confidential material exchanged during the course of discovery. ECF No. 46. The proposed order contains numerous competing provisions reflecting the parties' disagreements on a number of issues, including the scope of information that should be covered by the protective order and the use of such information. Absent briefing on the parties' competing positions, it is neither practical nor appropriate to resolve their disagreements as to several of the proposed provisions. Accordingly, I decline to adopt the parties' proposed stipulated protective order. The parties are encouraged to meet and confer and submit a new proposed stipulated protective order for my review.

IT IS SO ORDERED.

Dated:   April 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE