**BABIN LAW, LLC**
Jennifer J. El-Kadi (*pro hac vice*)
jennifer.elkadi@babinlaws.com
65 East State Street, Ste. 1300
Columbus, OH 43215
Telephone:    614.761-8800
Telefax:    614.706-1775

*Attorneys for Plaintiff J.M.*

**TUCKER ELLIS LLP**
Chelsea Mikula (SBN 289330)
chelsea.mikula@tuckerellis.com
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Telephone:    216.592.5000
Facsimile:    216.592.5009

Amanda Villalobos (SBN 262176)
amanda.villalobos@tuckerellis.com
Nicholas Janizeh (SBN 307816)
nicholas.janizeh@tuckerellis.com
515 South Flower St., 42nd Floor
Los Angeles, CA  90071-2223
Telephone:    213.430.3400
Telefax:    213.430.3409

*Attorneys for Defendant Red Roof Inns, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual, | ) Case No. 2:22-cv-00672-KJM-JDP |
|  Plaintiff, | ) JUDGE KIMBERLY J. MUELLER |
| v. | ) **JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |
| CHOICE HOTELS INTERNATIONAL, INC., et al., | ) |
|  Defendants. | ) |

WHEREAS Plaintiff J.M. ("Plaintiff") initiated this case against Defendants Choice Hotels International Inc. ("Choice") and Red Roof Inns, Inc. ("RRI Inc.," and collectively with Plaintiff, the "Parties") on April 15, 2022 (Dkt. No. 1);

1  WHEREAS Plaintiff filed a First Amended Complaint ("FAC") on June 10, 2022 (Dkt. No. 10);

2  WHEREAS this Court issued a scheduling order on October 7, 2022 setting pretrial deadlines in
3  this case (Dkt. No. 36);

4  WHEREAS Plaintiff filed a Second Amended Complaint ("SAC") on December 1, 2022 (Dkt. No.
5  52);

6  WHEREAS Choice was dismissed from this case on February 28, 2023 (Dkt. No. 66);

7  WHEREAS RRI Inc. filed a motion to dismiss on December 15, 2022 (Dkt. No. 53) and received
8  an order on that motion on May 15, 2023 (Dkt. No. 70);

9  WHEREAS new counsel for RRI Inc. was substituted into this case on May 18, 2023 (Dkt. Nos.
10  71-73);

11  WHEREAS RRI Inc. filed its Answer to Plaintiff's SAC on May 26, 2023 (Dkt. No. 74);

12  WHEREAS the Parties met and conferred on June 21, 2023 to discuss the forthcoming scheduling
13  conference on July 13, 2023 and joint statement thereto, along with the status of the protective order and
14  ESI protocol in this case;

15  WHEREAS the Parties met and conferred and filed a stipulation requesting an approximately nine
16  (9) month continuance of pretrial deadlines on June 30, 2023 (Dkt. No. 76);

17  WHEREAS this stipulation was the first time the Parties made a request for an extension of the
18  scheduling order;

19  WHEREAS, on July 7, 2023, the Court denied that request, noting that the "Parties present no
20  reason supporting their request for a continuance of pretrial deadlines of over six months" (Dkt. No. 80);

21  WHEREAS the Parties further met and conferred on July 13, after receiving the Court's guidance,
22  and agreed that a six (6) month continuance of the deadlines may be sufficient at this time;

23  WHEREAS the Parties believe good cause exists to continue the existing pretrial deadlines by six
24  (6) months because (1) the Parties are still in the process of meeting and conferring regarding a protective
25  order and ESI protocol; (2) with the new association of counsel, these negotiations have started somewhat
26  anew;  and (3) with no protective order or ESI protocol yet in place, the Parties therefore still need to
27  engage in discovery;

28  WHEREAS this stipulation is not made for any improper purpose and will not prejudice any party;

# STIPULATION

NOW, THEREFORE, Plaintiff J.M. and Defendant Red Roof Inns, Inc. stipulate and request the Court continue the presently set pretrial dates as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | July 7, 2023 | January 3, 2024 |
| Expert Disclosures | August 11, 2023 | February 7, 2024 |
| Disclosure of Rebuttal Reports | September 15, 2023 | March 13, 2024 |
| Expert Discovery Cutoff | October 15, 2023 | April 12, 2024 |
| Last Day to Hear Dispositive Motions | November 15, 2023 | May 13, 2024 |

Respectfully submitted,

/s/ Jennifer J. El-Kadi (authorized on 7/13/23)
Jennifer J. El-Kadi (*pro hac vice*)
jennifer.elkadi@babinlaws.com
BABIN LAW, LLC
65 East State Street, Ste. 1300
Columbus, OH 43215
Telephone:   614.761-8800
Telefax:        614.706-1775

*Attorneys for Plaintiff J.M.*

/s/ Amanda Villalobos
Amanda Villalobos (SBN 262176)
amands.villalobos@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower St., 42nd Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Telefax:        213.430.3409

*Attorneys for Defendant Red Roof Inns, Inc.*

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The pretrial deadlines in the above-captioned matter are continued as follows:

| EVENT | CURRENT DEADLINE | DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | July 7, 2023 | January 3, 2024 |
| Expert Disclosures | August 11, 2023 | February 7, 2024 |
| Disclosure of Rebuttal Reports | September 15, 2023 | March 13, 2024 |
| Expert Discovery Cutoff | October 15, 2023 | April 12, 2024 |
| Last Day to Hear Dispositive Motions | November 15, 2023 | May 13, 2024 |

The court does not anticipate granting further continuances absent a showing of extraordinary cause.

DATED: July 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE