**BOUCHER, LLP**
Amanda J. G. Walbrun
Raymond Paul Boucher
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367
818-340-5400
Fax: 818-340-5401
Email: ray@boucher.la

**BABIN LAW, LLC**
Steven C. Babin, Jr., Esq.  (*pro hac vice*) (Ohio SBN 0093584)
Jennifer J. El-Kadi, Esq. (*pro hac vice*) (Ohio SBN 00100660)
Penny L. Barrick, Esq. (*pro hac vice*) (Ohio SBN 0074110)
10 West Broad Street, Suite 900
Columbus, Ohio 43215
Telephone: 614-761-8800
Email:  steven.babin@babinlaws.com
*Attorneys for Plaintiff J.M.*

**TUCKER ELLIS LLP**
Chelsea Mikula (SBN 289330)
chelsea.mikula@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009

Amanda Villalobos (SBN 262176)
amanda.villalobos@tuckerellis.com
Nicholas Janizeh (SBN 307816)
nicholas.janizeh@tuckerellis.com
515 South Flower St., 42nd Floor
Los Angeles, CA  90071-2223
Telephone: 213.430.3400
Telefax: 213.430.3409

*Attorneys for Defendant Red Roof Inns, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual,<br><br>              Plaintiff,<br><br>        v.<br><br>CHOICE HOTELS INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Case No. 2:22-cv-00672-KJM-JDP<br><br>**JOINT STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE** |

---

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**

WHEREAS Plaintiff J.M. ("Plaintiff") initiated this case against Defendants Choice Hotels International Inc. ("Choice") and Red Roof Inns, Inc. ("RRI Inc.," and collectively with Plaintiff, the "Parties") on April 15, 2022 (Dkt. No. 1);

WHEREAS Plaintiff filed a First Amended Complaint on June 10, 2022 (Dkt. No. 10);

WHEREAS RRI Inc. filed a motion to dismiss on December 15, 2022 (Dkt. No. 53) and received an order on that motion on May 15, 2023 (Dkt. No. 70);

WHEREAS new counsel for RRI Inc. was substituted into this case on May 18, 2023 (Dkt. Nos. 71-73);

WHEREAS RRI Inc. filed its Answer to Plaintiff's SAC on May 26, 2023 (Dkt. No. 74);

WHEREAS the Court granted an extension of time on all pretrial dates as a result of the parties' joint request (Dkt. 83);

WHEREAS Plaintiff added new lead counsel to this case on November 11, 2023;

WHEREAS the Parties have moved through discovery with effectiveness, having in place a protective order regarding Plaintiff's true identity (Dkt. 86), and a confidentiality order (Dkt. 87), and an ESI protocol order (Dkt. 88), and depositions being scheduled;

WHEREAS the fact discovery deadline is set for January 3, 2024 (Dkt. 83);

WHEREAS the Parties believe good cause exists for a short extension of (1) month, to February 3, 2024, because of the very short time Plaintiff's new counsel has taken to oversee this litigation, and the Holiday season creating difficulty in scheduling depositions, the fact depositions have been delayed.

WHEREAS all remaining deadlines remain intact (Dkt. 83).

## **STIPULATION**

NOW, THEREFORE, Plaintiff J.M. and Defendant Red Roof Inns, Inc. stipulate and request the Court continue the presently set fact discovery date as February 3, 2024.

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**

Respectfully submitted,

/s/   Jennifer J. El-Kadi
Jennifer J. El-Kadi (*pro hac vice*)
jennifer.elkadi@babinlaws.com
BABIN LAW, LLC
65 East State Street, Ste. 1300
Columbus, OH 43215
Telephone:    614.761-8800
Telefax:        614.706-1775

*Attorneys for Plaintiff J.M.*

/s/ Amanda Villalobos
Amanda Villalobos (SBN 262176)
amands.villalobos@tuckerellis.com
TUCKER ELLIS LLP
515 South Flower St., 42nd Floor
Los Angeles, CA  90071-2223
Telephone:    213.430.3400
Telefax:        213.430.3409

*Attorneys for Defendant Red Roof Inns, Inc.*

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3

The fact discovery deadline is continued from January 3, 2024 to February 3, 2024.

4

IT IS SO ORDERED.

5

6

Dated:   <u>January 4, 2024</u>                    _____

7

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**