UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual,<br><br>                       Plaintiff,<br><br>    v.<br><br>Red Roof Inns, Inc.,<br><br>                       Defendant. | No. 2:22-cv-00672-KJM-JDP<br><br>ORDER |

     Plaintiff J.M. requests this court continue all the presently set pretrial deadlines for an additional forty-five (45) days. *See* Mem. at 6, ECF No. 109. Having carefully reviewed the details set forth in plaintiff's application and accepting plaintiff's representations this application is unopposed, the court hereby orders the pretrial dates reset as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | February 3, 2024 | March 20, 2024 |
| Expert Disclosures | February 7, 2024 | March 24, 2024 |
| Disclosure of Rebuttal Reports | March 13, 2024 | April 27, 2024 |
| Expert Discovery Cutoff | April 12, 2024 | May 27, 2024 |
| Last Day to Hear Dispositive Motions | May 13, 2024 | July 12, 2024 |

1       This order resolves ECF No. 109.

2       IT IS SO ORDERED.

3   DATED: January 30, 2024.

4
                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE