UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>RED ROOF INNS, INC.,<br><br>             Defendant. | Case No.  2:22-cv-00672-KJM-JDP<br><br>ORDER AFTER HEARING |

This case was before the court on April 25, 2024, for hearing on defendant's motion to compel plaintiff to provide responses to its Requests for Production of Documents, Set Two, Numbers 20 and 21.  ECF No. 126.  Attorneys Amanda Walbrun, Jennifer El-Kadi, Penny Barrick and Courtney Moore appeared on behalf of plaintiff; attorneys Amanda Villalobos and Nicholas Janizeh appeared on behalf of defendant.

For the reasons state on the record, it is hereby ORDERED that defendant's motion to compel, ECF No. 126, is denied without prejudice as untimely.

IT IS SO ORDERED.

Dated:   April 29, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1