**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| J.M., an individual<br><br>Plaintiff,<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.; AND RED ROOF INNS, INC.,<br><br>Defendants. | Case No. 2:22-cv-00672-KJM-JDP<br><br>CHIEF JUDGE KIMBERLY J. MUELLER<br><br>Courtroom 3<br><br>**ORDER GRANTING STIPULATED REQUEST FOR BRIEF EXTENSION OF TIME FOR SUMMARY JUDGMENT BRIEFING** |

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED, the dates by which the parties must file their Response and Reply to Defendant's Motion for Summary Judgment is:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Defendant's MSJ (Filed) | June 6, 2024 | |
| Plaintiff's Deadline to file Opposition | June 20, 2024 | June 25, 2024 |
| Defendant's deadline to file | June 28, 2024 | July 3, 2024 |

| | | |
|---|---|---|
| Reply | | |
| Hearing on Motion | July 12, 2024 | July 12, 2024 |

DATED: June 24, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE