UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual,<br><br>   Plaintiff,<br><br> v.<br><br>Choice Hotels International, Inc. et al.,<br><br>   Defendants. | No. 2:22-cv-00672-KJM-JDP |
| J.M., an individual,<br><br>   Plaintiff,<br><br> v.<br><br>Red Roof Franchising LLC, et al.,<br><br>   Defendants. | No. 2:24-cv-03384-TLN-AC<br><br>RELATED CASE ORDER |

  Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

1       The parties should be aware that relating cases under Rule 123 causes the actions to be
2 assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases
3 are generally assigned to the judge and magistrate judge to whom the first filed action was
4 assigned.
5       As a result, it is hereby ORDERED that Case No. 2:24-cv-03384-TLN-AC is reassigned
6 from Chief District Judge Troy L. Nunley to the undersigned and from Magistrate Judge Allison
7 Claire to Magistrate Judge Jeremy D. Peterson.  The caption on documents filed in the reassigned
8 case shall show Case No. 2:24-cv-03384-KJM-JDP.
9       It is further ORDERED that the Clerk of the Court make appropriate adjustments in the
10 assignment of civil cases to compensate for this reassignment.
11       A status conference is set before Judge Mueller for **Thursday, February 27, 2025,** at
12 2:30 p.m.  The status conference will proceed by video conferencing through the Zoom
13 application.  The Courtroom Deputy will provide counsel with the hearing access information no
14 less than 24 hours before the hearing.   The parties shall file a Joint Status Report no less than
15 fourteen (14) days prior to the date of the Status Conference.
16       IT IS SO ORDERED.
17 DATED: February 5, 2025.
18

UNITED STATES DISTRICT JUDGE